CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
DEC 19 2008
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT A. MORRISON,<br>    Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:08-cv-00556 |
| v. | ) <br> ) <br> ) | **FINAL ORDER** |
| MICHAEL SHEFFIELD, et al.,<br>    Defendants. | ) <br> ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the plaintiff's complaint is **DISMISSED**, pursuant to 28 U.S.C. § 1915A; plaintiff's motion for leave to proceed in forma pauperis is **DENIED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 19th day of December, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge